DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JACINTA GILLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2527

————————————————

November 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.